OPINION — AG — ** ANNEXATION — SCHOOLS BOARD — ANNOY ** UNDER THE FACTS RELATED, THE COUNTY SUPERINTENDENT OF SCHOOLS OF OSAGE COUNTY MAY PROPERLY REFUSE TO CALL AN ANNEXATION ELECTION IN FURTHERANCE OF THE PLAN OF THE PROPONENTS TO HARRASS SCHOOL DISTRICT OFFICIALS, UNLESS AND UNTIL HE IS ORDER BY A COURT OF COMPETENT JURISDICTION. (ELECTION, PETITIONERS) CITE: 70 O.S. 7-1 [70-7-1] (J. H. JOHNSON)